CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 19 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EARL BOXLEY, | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00078<br>) |
| v. | )<br>) **FINAL ORDER** |
| AUGUSTA CORRECTIONAL CENTER, ET AL., | )<br>) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), and is stricken from the active docket of the court.

ENTER: This 19th day of March, 2009.

_____
United States District Judge